IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BARBARA LINZEY<br>*Plaintiff,*<br><br>v.<br><br>LOWE'S COMPANIES, INC.<br><br>*Defendant.* | § § § § § § § § § | CASE NO. 1:23-CV-00416 |

### AGREED MOTION TO AMEND PLEADING

**TO THE HONORABLE JUDGE OF SAID COURT:**

    **NOW COMES** Plaintiff, **BARBARA LINZEY**, and hereby gives notice and files this, her AGREED MOTION TO AMEND PLEADING.

    Plaintiff incorrectly sued **LOWE'S COMPANIES, INC.**, and requests that the Court amend the style of the above-mentioned case to **BARBARA LINZEY VS. LOWE'S HOME CENTERS, LLC.**

### AGREED AS TO FORM AND ENTRY:

Respectfully Submitted,

**JDL LAW, PLLC**
8207 Callaghan Rd., Ste 130
San Antonio, Texas 78230
Tel: (210) 997-2929
Fax: (210) 587-2457

By: /s/ Jesus DeLuna
Jesus DeLuna
State Bar No. 24105788
service@jdllawfirm.com
**ATTORNEY FOR PLAINTIFF**

**STEPTOE & JOHNSON PLLC**
1780 Hughes Landing Blvd., Ste 750
The Woodlands, Texas 77380
Tel: (281) 203-5700
Fax: (281) 230-5701

By: /s/ Brice P. Phillips
Brice P. Phillips
Texas Sate No. 24125358
brice.phillips@steptoe-johnson.com
**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served on all counsel of record via e-service on the 12th day of February 2024.

/s/ Jesus DeLuna

Jesus DeLuna