IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BARBARA LINZEY<br>　*Plaintiff*,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>　*Defendant*. | § § § § § § § § § |

CASE NO. 1:23-cv-00416-DAE

## ORDER OF DISMISSAL

Before the Court is the parties' Stipulation of Dismissal. ECF No. 28. The parties have stipulated to the dismissal of all claims with prejudice.

Having considered the Stipulation, the Court **ACCEPTS** and **ACKNOWLEDGES** that all claims asserted in the above-captioned matter are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that all costs, expenses, and attorneys' fees are taxed against the party incurring the same.

The Clerk is **DIRECTED to CLOSE** this case.

A final judgment will issue pursuant to Rule 58.

It is so **ORDERED**.

**SIGNED:** Austin, Texas, August 18, 2025.

_____
HONORABLE JUDGE OF THIS COURT